León, Apelante, *v.* Rodríguez, Apelada.

## Corte de Distrito de Ponce.

No. 2810.—Resuelto en diciembre 11, 1922.

En este pleito sobre nulidad de escritura de compraventa, la demandante alega que es dueña de cierta finca urbana situada en Ponce y si bien aparece una escritura de venta de dicha casa a la demandada, es lo cierto que nunca se realizó la venta siendo esa escritura fraudulenta. Se celebró el juicio y la corte ha resuelto el caso en *contra del* demandante. Solo está envuelta en este recurso la apreciación de la prueba por parte del tribunal sentenciador y habiéndola revisado no encontramos los elementos de pasión, prejuicio o parcialidad o de grave error y por tanto la decisión del juez sentenciador debe aceptarse por esta corte. Debe confirmarse la sentencia apelada.

El Juez Presidente Sr. del Toro, emitió la opinión del tribunal.